IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FREDDIE LEE TAYLOR                                                    PLAINTIFF

v.                              No. 3:15-cv-62-DPM

BLYTHEVILLE POLICE DEPARTMENT and
CITY OF BLYTHEVILLE                                                  DEFENDANTS

JUDGMENT

Taylor's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 March 2015